■ Charles P. Greenwood et al., Appellants, v Paula Navarette et al., Defendants, and City of Albany et al., Respondents. [712 NYS2d 899] —Appeal from an order of the Supreme Court (Hughes, J.), entered July 29, 1999 in Albany County, which granted the motions of defendants Albany Memorial Hospital and City of Albany for summary judgment dismissing the complaint against them.

Order affirmed, upon the opinion of Justice Harold J. Hughes.

Crew III, J. P., Spain, Carpinello, Graffeo and Rose, JJ., concur. Ordered that the order is affirmed, with costs.